IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY E. NEDROW,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY OF WAVERLY, A municipal corporation;<br><br>          Defendant. | 4:16CV3036<br><br>**ORDER** |

The parties are investigating the available options for resolving this case.

Accordingly,

IT IS ORDERED:

1) The Rule 26(f) Report deadline is stayed pending further order of the court.

2) A telephonic conference with the undersigned magistrate judge will be held on January 3, 2017 at 11:00 a.m. to discuss the status of case progression and potential settlement. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 14), to participate in the call.

July 27, 2016.

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge