IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY E. NEDROW,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY OF WAVERLY, A municipal corporation;<br><br>   Defendant. | 4:16CV3036<br><br>**ORDER** |

IT IS ORDERED:

1) The motion to withdraw filed by Ross R. Pesek, Adam E. Emerton, and the Pesek Law firm, as counsel of record for Plaintiff (Filing No. 18), is granted.

2) On or before January 27, 2017, Plaintiff Larry E. Nedrow shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. The failure to do so may result in a dismissal of Plaintiff's claims without further notice.

3) The clerk shall mail a copy of this order to Plaintiff at his last known address: 10331 N 145th Street, Waverly, NE 68462.

January 6, 2017.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge